**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KEITH HOLMES,

       Plaintiff,

vs.                                                     Case No.    3:25-cv-717-MMH-PDB

JIAN XIN LI and Q MEI
TRUCKING, INC.,

       Defendants.

_____/

## O R D E R   T O   S H O W   C A U S E

**THIS CAUSE** is before the Court on Plaintiff's Notice of Withdrawal of

Mental Anguish (Doc. 21; Notice), filed on August 4, 2025. In the Notice,

Plaintiff appears to withdraw his claims for mental anguish.

Accordingly, it is

**ORDERED**:

Plaintiff is directed to show cause by a written response filed on or before **August 20, 2025**, why Plaintiff's claims for mental anguish should not be dismissed in light of Plaintiff's filing of the Notice.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of August 2025.

MARCIA MORALES HOWARD
United States District Judge

Lc35

Copies to:

Counsel of Record